Union Bank, Respondent, v. Morris Silverman and Others, Defendants. Solomon Redlich, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Hugh Moore, Respondent, v. Eugene J. Grant and Sydney Grant, Appellants. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Rich and Miller, JJ.

Josephine Becker, Respondent, v. Frieda Hart and Max Hart, Appellants.— Motion for reargument granted, and case set down for Tuesday, May 4, 1909. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of James P. Collins for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Walter L. Durack for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Albert F. Gescheidt, Jr., for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Louis Pleshet for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Catherine Baldwin, as Administratrix, etc., of Thomas F. Baldwin, Deceased, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

James Brunton, Respondent, v. Nicorem B. Morzycki and Another, Respondents, and William H. Gray, Appellant.— Orders of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

John Carroll, Respondent, v. John W. B. Hallett and Others, as Trustees, etc., Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Julia Diefendorf, Respondent, v. Albert O. Fenn and Others, Appellants, Impleaded with Adolphus Busch. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Hedden Construction Company, Respondent, v. The Proctor & Gamble Company, Appellant, Impleaded with Charles F. Hart and Patrick A. Hart, Composing the Firm of P. Hart & Sons, and Others.— Appeal dismissed, with costs, and order signed. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.